SCOTT M. BARLOW ET AL. *v.* UNITED
BUILDERS SUPPLY COMPANY, INC.
(10846)

DALY, LANDAU and FREEDMAN, Js.

Argued June 4—decision released June 30, 1992

*Jacques J. Parenteau,* for the appellant (defendant).
*John J. Carta, Jr.,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.

---

HEIDI I. KRAUS *v.* JAMES L. KRAUS
(10748)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Argued June 3—decision released June 30, 1992

*James T. Flaherty,* for the appellant (defendant).
*William J. Tracy, Jr.,* with whom, on the brief, was
*William J. Eddy,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.